# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.:________ Case No.: CR-26-76-G

Charging Document: **SS Information** No. of Defendants: 1 Total No. of Counts: 4 Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐ HSTF: Y ☐ N ☑ McGirt: Y ☐ N ☑ Warrant ☐ Summons ☐ Notice ☑

Companion Case No. (if any):________

**DEFENDANT INFORMATION:** By: **kh**

| | | | |
|---|---|---|---|
| Name: **TAYLOR RYAN PRIGMORE** | | | |
| Alias(es): "@adriantepes6426" | | Address: | |
| | | FBI No.: | |
| DOB: 1995 | SSN: 7553 | Race: White | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

☐ Not in Custody ☑ Detention Requested
☐ Type of Bond:________
☑ In Custody at: Grady Co
Inmate/Prisoner/Register No.: USMS #36502-512

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint: Y ☑ N ☐
Magistrate Judge Case No.: MJ- 26-23-ALM
Previously Detained: Y ☑ N ☐

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender<br>☑ CJA Panel<br>☐ Retained | Name: Craig M. Hoehns<br>Address: 629 W. main St., #243<br>OKC, OK 73122<br>Phone: (405) 543-1354 | AUSA: Matt Dillon<br>Agent /Agency: FBI<br>Agent Contact Info:________ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 115(a)(1)(B) | Threatening to murder Federal law enforcement officers. | NMT 10 yrs imprisonment; $250,000 fine, or both; NMT 3 yrs S/R; $100 SA |
| 2 | 18 U.S.C. § 875(c) | Communicating a threat. | NMT 5 yrs imprisonment; $250,000 fine, or both; NMT 3 yrs S/R; $100 SA |
| 3 | 18 U.S.C. § 111 | Assaulting Federal Officers | NMT 20 yrs imprisonment; $250,000 fine, or both; NMT 3 yrs S/R; $100 SA |
| 4 | 18 U.S.C. § 924(c)(1)(A)(ii) | Brandishing a Firearm in the furtherance of a Crime of Violence | NLT 10 yrs imprisonment, consecutive to any other sentence; $250,000 fine, or both; NMT 3 yrs S/R; $100 SA |

**Signature of AUSA:** s/ Matt Dillon **Date:** 11/02/2026

# CRIMINAL COVERSHEET

## U.S. District Court, Western District of Oklahoma

Name: **TAYLOR RYAN PRIGMORE**

**CHARGING DETAILS (cont'd)**

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| Forfeiture | 18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) | Forfeiture allegations | |

Signature of AUSA: s/ Matt Dillon

Date: 11/02/2026